# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand and thirteen.

_____

Wing F. Chau, Harding Advisory LLC,

    Plaintiffs - Appellants,

v.

Michael Lewis, Steven Eisman, W.W. Norton & Company, Inc.,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 13-1217

    Appellant has moved for an extension of time to file the deferred appendix.  Appellant filed the deferred appendix on October 11, 2013.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

